**Petitioner's Motion to dismiss
case granted.
IT IS SO ORDERED.**
s/*David A. Ruiz*
United States District Judge
March 4, 2026

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Ervin DIAZ ROMERO,

Petitioner,

v.

Kevin Raycraft, Field Office Director of
Enforcement and Removal Operations, Detroit
Field Office, Immigration and Customs
Enforcement; Kristi NOEM, Secretary, U.S.
Department of Homeland Security; U.S.
DEPARTMENT OF HOMELAND
SECURITY; Pamela BONDI, U.S. Attorney
General; EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW; ED VOORHIES;
Warden of NORTHEAST OHIO
CORRECTIONAL CENTER (NEOCC)

Respondents.

Case No. 4:26-cv-254

**MOTION TO DISMISS CASE**

PETITIONER'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS

Petitioner, by and through undersigned counsel, respectfully moves this Court to dismiss the Petition for Writ of Habeas Corpus as moot because Petitioner has been released from custody and is no longer subject to the challenged detention.

Petitioner filed the present habeas petition pursuant to 28 U.S.C. § 2241, challenging his unlawful detention. Since filing the Petition, however, Petitioner has been released from custody on or about February 27, 2026. Because habeas relief is available only to individuals who are "in custody" and because there is no longer a live case or controversy, the Petition is now moot.

Because Petitioner has been released from custody and there is no longer a live case or controversy before this Court, Petitioner respectfully requests that this Court dismiss the Petition for Writ of Habeas Corpus as moot.

DATED this 02nd of March 2026.

/s/ Lauren Georgalas
Lauren Georgalas  (Ohio 100923)
Bartell Georgalas and Juarez, LPA
6505 Rockside Rd, STE 275
Independence, OH 44131
(216)238-9690
lauren@bgjattorneys.com
**Attorney for Petitioner**